

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00546-CV

Juanita **GONZALES GARCIA**, et al.,
Appellants

v.

**U.S. BANK, N.A.** as Trustee for Citigroup Mortgage Loan Trust, Inc. 2006-HE3, Asset-Backed
Pass-Through Certificates Series 2006-HE3,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2015CV01889
Honorable Timothy Johnson, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

Delivered and Filed:  December 2, 2015

DISMISSED FOR WANT OF PROSECUTION

Appellants' brief was due to be filed by October 23, 2015.  *See* TEX. R. APP. P. 38.6(a).

On November 4, 2015, after no brief or motion for extension of time was filed, we ordered

Appellants Juanita Gonzales Garcia, et al., to show cause in writing not later than November 14,

2015, why this appeal should not be dismissed for want of prosecution.  *See id.* R. 38.8(a).  To

date, Appellants have filed no response to our November 4, 2015 order.

We dismiss this appeal for want of prosecution.  *See id.* R. 38.8(a)(1), 42.3(b).

PER CURIAM